IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN ELLIS,

    Petitioner,                    No. CIV S-05-0316 FCD DAD P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS,

    Respondent.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was transferred to this court from the U.S. District Court for the Northern District of California.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the California Board of Prison Terms as respondent in this action. This entity is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend to name the warden where he is incarcerated and the California Attorney General. See Stanley, 21 F.3d at 360; see also, Smith v. Idaho, 392 F.3d 350, 355 n.3 (9th Cir. 2004) ("[W]hen

1

a habeas petition has failed to name the proper respondent pursuant to § 2242, we must ask *sua sponte* whether the respondent who *is* named has the power to order the petitioner's release. If not, the court may not grant effective relief, and thus should not hear the case unless the petition is amended to name a respondent who can grant the desired relief.").

In addition, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's habeas petition is dismissed;

2. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner must use the form petition provided by the Clerk of the Court; petitioner must file an original and one copy of the amended petition;

3. Petitioner shall submit, within thirty days from the date of service of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

4. Petitioner's failure to comply with this order will result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner the court's form habeas petition and a copy of the in forma pauperis form used by this district.

DATED: November 4, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
elli316.122