IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN ELLIS,

    Petitioner,                    No. CIV S-05-0316 FCD DAD P

    vs.

ROSEANNE CAMPBELL, et al.[1],

    Respondents.                 ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's amended application within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the

---

[1] The Court will direct the Clerk of the Court to modify the court's docket to reflect the properly named respondents in the amended petition for a writ of habeas corpus.

determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

      2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

      3. If the response to petitioner's amended application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter;

      4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General; and

      5. The Clerk of the Court is directed to correct the court's docket to reflect that the properly named respondents in petitioner's amended application, filed on December 8, 2005.

DATED: December 19, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
elli0316.100f