IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN ELLIS,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ROSEANNE CAMPBELL, et al.,<br><br>　　　　　　　　　　　　Respondents. | CIV S-05-00316 FCD DAD P<br><br>**ORDER** |

FOR GOOD CAUSE SHOWN, Respondents are hereby GRANTED an extension of time to October 30, 2006, in which to file an answer to the petition for writ of habeas corpus in this matter.

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
elli0316.eot