IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN ELLIS,

    Petitioner,                    No. CIV S-05-0316 FCD DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.               ORDER

_____/

        Petitioner has filed a request for entry of default pursuant.  On December 6, 2006, respondents filed a motion to dismiss.  Pursuant to the court's November 6, 2006 order, respondents were granted an extension until December 6 to file their response to the petition for writ of habeas corpus.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 21, 2006 request for entry of default is denied; and

        2. Plaintiff shall file his opposition to respondents' December 6, 2006 motion to dismiss within thirty days from the service of this order.

DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ellis316.Peot